FILED

2014 Apr-15  PM 01:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

JOHN MASON, IV, *ET AL.*,                    )
                              )
       PLAINTIFFS,                      )
                              )
v.                                           )     CASE NO. 2:11-CV-03155-TMP
                              )
MIKE HALE, *ET AL.*,                         )
                              )
       DEFENDANTS.                      )
                              )

## JOINT MOTION FOR APPROVAL OF CLASS SETTLEMENT

COME NOW all parties to the above entitled action and jointly move this Court for approval of class settlement regarding conditions at the Jefferson County Jail in Birmingham, Alabama and evidence thereof state as follows:

1. Plaintiffs filed this lawsuit in 2011 as a class action lawsuit claiming that the overcrowded conditions at the Jefferson County Jail in Birmingham, Alabama constituted violations of the inmates civil rights, most notably the right to be free from cruel and unusual punishment.

2. Defendants each denied liability and extensive discovery was conducted.

3. In November of 2013, this Court granted Plaintiffs' Motion for Class Certification and certified a class of current and future inmates in the Jefferson County Jail under Rule 23(b)(2) of the Federal Rules of Civil Procedure.

4. On March 11, 2014, all parties via respective counsel reached a proposed settlement agreement which is attached as Exhibit 1 to this motion.

5. All parties have also reviewed the proposed notice of class settlement attached as Exhibit 2 to this motion.

1

6. All parties believe that this proposed settlement is fair and just and represents a favorable outcome to this lawsuit.

WHEREFORE, all parties pray this Court enter an Order approving the proposed settlement in accordance with Rule 23 of the Federal Rules of Civil Procedure.

Respectfully submitted,

/s/ John E. Lawes
Donald W. Stewart
John E. Lawes
Attorneys for Plaintiff

OF COUNSEL:

STEWART & STEWART, P.C.
1826 3rd Avenue North, Suite 300
Bessemer, Alabama 35020
Phone:  (205) 425-1166
Fax:      (205) 425-5959

/s/ James E. Murrill, Jr.
James E. Murrill, Jr.
Attorney for Defendant Mike Hale

OF COUNSEL:

RILEY & JACKSON, P.C.
3530 Independence Drive
Birmingham, Alabama 35209
Phone:  (205) 879-5000
Fax:      (205) 879-5901

/s/ French A. McMillan
Assistant County Attorney

280 Jefferson County Courthouse
716 Richard Arrington Jr. Blvd. North
Birmingham, Alabama 35203
Phone: (205) 325-5688
Fax:    (205) 3255840