UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN MASON | Case No.: |
| V. | 2:11-CV-3155-TMP |
| MIKE HALE | |

OBJECTION TO PROPOSED CLASS ACTION SETTLEMENT, DOC. NO. 71-2, FILED 4/15/14.

COMES NOW interested party, Joshua D. Stanley in Pro-Se, an inmate at JeffCO Jail, inmate I.D. NO. 343776, and hereby "OBJECTS" to the proposed settlement agreement, Doc. 71-2, Filed on 4/15/14, as it is not adequate in its intent to serve the intrests of all class members, in that it doesn't address damages and losses suffered by class members, to include but not limited to physical, emotional, and financial damages, and hereby request that This Court "DENY" any Proposed That doesn't offer relief to the victoms in This Case, and in support states as follows:

1.) Over Croweding at Jeffco Jail, regularly results in a reduced availibility of food, Toiletries, and Personal hygene Products, forcing detainees To purchase Products at inflated costs, To offset the effects, In an effort To Maintain a level of The Most basic of human needs.

2.) As The budget suffers continual strain, detainees are refused; clean underwear, cleaning products for cells, and clean drinking cups.

3.) As Jail personel suffer The strain of overcrowding some Tasks are overlooked, such as the activation of Pin Numbers, required for phone access, as this may seem To be of little importance, This oversight in conjunction with The denial of no cost legal Mail supply's results in a violation of The 1st, 5th, 6th, and 8th Amendments of The constitution of These united states of America.

WHEREFORE, Premises considered Petitioner wishes To be heard. Done This 19th Day of May, 2014
Respectfully submitted,

Joshua D. Stanley                      809 Richard Carrington Jr. Blvd. N.
                                        Birmingham, AL 35203

CERTIFICATE OF SERVICE

I the undersigned do hereby Certify That I have Served a Copy of this [My] objection upon The Clerk of Court, French A. McMillan, James E. Murrill Jr., + John E. Lawes, in Compliance with instructions of Document 71-2, VIA U.S. Mail, Properly addressed, First Class postage Prepaid.

Done This 19th Day of May, 2014

Respectfully Submitted,
X [signature]
Joshua D. Stanley
C/o Jeffco Jail
809 Richard Arrington Jr. Blvd. N.
Birmingham, AL 35203